**Opinion issued August 28, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-18-00567-CV

_____

## IN THE ESTATE OF ROBERT EDWARD PINE, DECEASED

---

**On Appeal from the County Court at Law No. 4**
**Brazoria County, Texas**
**Trial Court Cause No. PR30352**

---

### MEMORANDUM OPINION

Appellant, Mark H. Pine, has filed a letter requesting to withdraw his appeal.

We interpret appellant's letter as motion to dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.